## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 26mj3219 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 18 U.S.C. §§ 555 - Conspiracy to Use Cross-Border Tunnel (Felony) |
| Gregorio Epifanio HERNANDEZ Lopez (1), Brandon ESCALANTE Sandoval (2), Jose JIMENEZ (3), and Antonio CORTEZ (4), | Title 21 U.S.C. §§ 952, 960, 963 - Conspiracy to Import a Controlled Substance (Felony) |
| Defendants. | Title 21 U.S.C. §§ 841, 846 - Conspiracy to Distribute a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

Count 1

Beginning on a date unknown and continuing up to and including May 29, 2026, within the Southern District of California and elsewhere, defendant, Gregorio Epifanio HERNANDEZ Lopez, did knowingly and intentionally conspire with others known and unknown to use a tunnel and subterranean passage that crosses the international border between the United States and Mexico, other than a lawfully authorized tunnel or passage known to the Secretary of Homeland Security and subject to inspection by Immigration and Customs Enforcement, to unlawfully smuggle controlled substances, in violation of Title 18, United States Code, Sections 555(c) and (d).

Count 2

Beginning on a date unknown and continuing up to and including May 29, 2026, within the Southern District of California and elsewhere, defendant, Gregorio Epifanio HERNANDEZ Lopez, did knowingly and intentionally conspire with others known and unknown to import 5 kilograms and more, to wit: approximately 469.40 kilograms (1,034.84 pounds), of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952, 960, and 963.

Count 3

Beginning on a date unknown and continuing up to and including May 29, 2026, within the Southern District of California and elsewhere, defendants, Gregorio Epifanio HERNANDEZ Lopez, Brandon ESCALANTE Sandoval, Jose JIMENEZ, and Antonio CORTEZ, did knowingly and intentionally conspire with others known and unknown to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, within the United States, in violation of Title 21, United States Code, Sections 841 and 846.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Adam Lane*
_____
Special Agent Adam Lane
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 1st day of June 2026.

_____
Hon. Valerie Torres
United States Magistrate Judge

2

**<u>PROBABLE CAUSE STATEMENT</u>**

I, Special Agent Adam Lane, declare under penalty of perjury, the following is true and correct:

**<u>December 2025 to the Present</u>**

Investigators from the Department of Homeland Security Tunnel Task Force became aware of a location where they suspected a cross-border subterranean tunnel was being constructed. The location that they believed would contain the tunnel's access point in the United States was a retail store with the name Buy 4 Less located at 2498 Roll Drive, Suite E, San Diego, California 92154.

During the period from December 2025 to May 2026, investigators maintained regular surveillance on the Buy 4 Less. In December 2025, a new group of around seven or eight "employees" began to be seen in and around Buy 4 Less. These individuals included Gregorio Epifanio HERNANDEZ Lopez, whom agents observed at Buy 4 Less beginning in at least January 2026. During the surveillance, the activity around the Buy 4 Less location did not appear to be consistent with a normal retail location. For example, investigators observed minimal foot traffic from customers coming in and out of the Buy 4 Less store.

Further, HERNANDEZ and the others that regularly frequented the store engaged in unusual activity such as transporting large numbers of suitcases out of the store and into vehicles or walking the suitcases across the border into Mexico. Based on how HERNANDEZ and the others handled the suitcases, they appeared to be empty.

**<u>May 29, 2026—Seizure of Approximately 1000 Kilograms of Cocaine from Vans and Trucks Leaving Buy 4 Less and Mechanic Shop at 923 ½ Coolidge Avenue</u>**

On May 29, 2026, while conducting surveillance on Buy 4 Less, agents observed a male loading three large, heavy items into a white van bearing California plate 67278B1 (Van 1).  Van 1 departed Buy 4 Less, drove to an area near a mechanic shop located at 923

1

½ Coolidge Ave, and parked. A male on a bicycle, later identified as Brandon ESCALANTE, was seen conducting counter surveillance in the area by riding his bicycle while looking around and into parked cars. ESCALANTE later approached Van 1, removed the vehicle key that had been placed near the gas tank, got into Van 1 and reversed it into 923 ½ Coolidge Avenue.  Agents observed that Van 1 was backed up to a white van bearing California plate 6T24625 (Van 2), with the rear doors from both Van 1 and Van 2 open.  A white stake bed truck bearing California plate 7C93773 (Truck 1) then entered 923 ½ Coolidge Avenue.  Agents observed people remove three deep freezers from Van 1, place them onto the truck bed of Truck 1, and load the deep freezers with packages.

After the packages were loaded into the deep freezers, Truck 1 exited 923 ½ Coolidge Avenue and parked a short distance away.  ESCALANTE was seen exiting Truck 1, grabbing his bicycle from the truck bed, placing the keys underneath Truck 1 on the passenger side, and departing the area. Agents then observed a male, later identified as Jose JIMENEZ, grab the vehicle keys and drive away in Truck 1. San Diego County Sheriffs subsequently conducted a traffic stop of Truck 1, and a K9 alerted to the presence of controlled substances.

Shortly after the traffic stop of Truck 1, agents watching Buy 4 Less observed a male, later identified as HERNANDEZ, loading heavy boxes into a white truck bearing California plate 67278B1 (Truck 2).  After loading the boxes, HERNANDEZ entered Truck 2 and drove away.  San Diego County Sheriffs conducted a traffic stop of Truck 2 a short distance away from Buy 4 Less, and a K9 alerted to the presence of controlled substances.

San Diego Sheriffs also stopped Van 2, driven by a male later identified as Antonio CORTEZ, at 923 ½ Coolidge Avenue. Sheriffs again received a positive K9 alert for presence of controlled substances in the vehicle.

Further inspection of Van 2, Truck 1, and Truck 2 resulted in the discovery of:

2

- 173 total packages in Truck 1, with a total approximate weight of 286.20 kgs (630.96 lbs.);

- 423 total packages in Truck 2, with a total approximate weight of 469.40 kgs (1034.84 lbs.); and

- 255 total packages in Van 2, with a total approximate weight of 274 kgs (604.06 lbs.).

The packages contained a substance, a sample of which field tested positive for the characteristics of cocaine, with a total approximate weight of 1,029.60 kgs (2,269.87 lbs).

JIMENEZ was placed under arrest at approximately 5:19 pm; HERNANDEZ was placed under arrest at approximately 5:46 pm; ESCALANTE was placed under arrest at approximately 8:00 pm; and CORTEZ was placed under arrest at approximately 8:00 pm.

During post-*Miranda* interviews, CORTEZ admitted that he thought he was doing something wrong, and that he felt packages and suspected they might be cocaine. HERNANDEZ said he had worked at Buy 4 Less for the past month and denied knowledge of the drugs (as stated above, agents had observed HERNANDEZ at Buy 4 Less at least as early as January 2026). ESCALANTE denied knowledge of the drugs.

**May 29, 2026—Search of Buy 4 Less Leads to Discovery of Cross-Border Tunnel**

Following seizure of the suspected cocaine on May 29, 2026, the Honorable Valerie E. Torres, U.S. Magistrate Judge, signed warrants authorizing searches at Buy 4 Less and 923 ½ Coolidge Avenue. At Buy 4 Less, agents found the exit point of a subterranean tunnel, concealed under a section of floor within the store. The tunnel, which was accessed using a sophisticated hydraulic lift, is approximately 55 feet deep and extends approximately 1,064 feet from its exit point at Buy 4 Less to the U.S./Mexico International Border, where agents estimate it continues for another approximately 800 feet to its entry point. The tunnel is equipped with electricity and ventilation and, at some points, is up to 4.5 feet tall. Agents found a cart and rail system within the tunnel.

3

Based on these events, I believe the cocaine seized on May 29, 2026, was moved from Mexico to the United States through the cross-border subterranean tunnel located at Buy 4 Less.

Executed on May 30, 2026, at 6:58 P.M.

_____
Adam Lane, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 3 pages, I find probable cause to believe the defendants, Gregorio Epifanio HERNANDEZ Lopez, Brandon ESCALANTE Sandoval, Jose JIMENEZ, and Antonio CORTEZ, named in this probable cause statement, committed the offenses on May 29, 2026, in violation of Title 18, United States Code, Section 555, Conspiracy to Use Cross-Border Tunnel; Title 21, United States Code, Sections 952, 960, and 963, Conspiracy to Import a Controlled Substance; and/or Title 21, United States Code, Sections 841 and 846, Conspiracy to Distribute a Controlled Substance.

_____        _____
Hon. Valerie E. Torres                                3:33 PM, May 31, 2026
United States Magistrate Judge                        Date/Time

4